**No. 55150.**—Alfred Dunhill of London, Inc., et al. *v.* United States, protests 139208–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55151.**—Caron Corp'n et al. *v.* United States, protests 162966–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55152.**—Indo Persian Fine Art Co. *v.* United States, protest 132226–K (New York).

Opinion by COLE, J.   The protest was dismissed.

**No. 55153.**—Coaltar Chemicals Corp. and Sandoz Chemical Works, Inc. *v.* United States, protests 153133–K and 163965–K (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 55154.**—Orbis Products Corp. *v.* United States, protest 163045- K (New York).

Opinion by COLE, J.   The protest was dismissed.

**No. 55155.**—Kossmann & Co., Inc., et al. *v.* United States, protests 164787–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.